### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:26-CR-00061-ALM-AGD** |
| | § | |
| **WILLIAM BENNETT** | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 2 (sealed).

### PROCEDURAL HISTORY

On October 13, 2020, United States District Judge Donetta W. Ambrose sentenced defendant William Bennett to 75 months of imprisonment followed by three years of supervised release. *United States v. William Bennett*, No. 2:19-cr-00123-RJC (W.D. Pa.), Dkt. 66. On April 8, 2026, United States Chief District Judge Amos L. Mazzant, III, accepted transfer of supervised release from the Western District of Pennsylvania to the Eastern District of Texas. Dkt. 1. Bennett's current term of supervised release commenced November 15, 2024. Dkt. 2 (sealed).

In June 2026, a probation officer petitioned the court for a warrant, alleging that Bennett had violated conditions of his supervised release. *Id*. The petition alleged that Bennett had violated conditions that required him to refrain from committing any federal, state, or local crime; to refrain from possessing or consuming alcoholic beverages; to answer questions asked by his probation officer truthfully; to refrain from any unlawful use of a controlled substance; and to notify his probation officer if arrested or questioned by law enforcement. *Id*. In support of those allegations, the petition asserted that Bennett had committed a state offense, consumed alcoholic beverages, lied to his probation officer, submitted a urine sample that tested positive for marijuana, and failed to notify his probation officer of is interactions with police. *Id*.

A final revocation hearing was held before me on July 6, 2026. Bennett pleaded true to allegations two, three, four, and five. Minute Entry for July 6, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 14. The court then announced what its recommendation would be.

### RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegation one in the petition for revocation of Bennett's supervised release, Dkt. 2 (sealed), be dismissed; (2) Bennett's supervised release be revoked based on allegations two, three, four, and five in the petition, *id.*; (3) Bennett be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months and one day, with no term of supervised release to follow; and (4) Bennett be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

So ORDERED and SIGNED this 22nd day of July, 2026.

Don Bush
United States Magistrate Judge